# United States District Court
Eastern District of Wisconsin

**JUDGMENT IN A CIVIL CASE**

**MARK A. PETERSON,**

    **Plaintiff,**

v.            Case No. 14-CV-1072

**CITY OF MILWAUKEE,**

    **Defendant.**

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.** This action came before the court, the issues have been decided and a decision has been rendered.

**IT IS ORDERED** that judgment is entered in favor of the defendant granting its motion for summary judgment. **IT IS FURTHER ORDERED** that this action is **DISMISSED**.

      Approved:   *s/Nancy Joseph*
             NANCY JOSEPH
             United States Magistrate Judge

Dated: December 23, 2015.

             JON W. SANFILIPPO
             Clerk of Court

              *s/Becky Ray*
             (By) Deputy Clerk